**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

GP BRANDS, INC.,

    Plaintiff,

v.                                                                              Case No: 8:15-cv-2583-T-30EAJ

GWINNETT POSTAL CENTER INC.,

    Defendant.

---

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court sua sponte.  An Order (Dkt. #17) was issued on February 11, 2016, which allowed Plaintiff sixty (60) days in which to file a motion for costs, failing which the Clerk would be directed to close this case.  Plaintiff has not filed a motion for costs.  No further issues remain pending for the Court's determination. Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed with prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida, this 14th day of April, 2016.

                                              JAMES S. MOODY, JR.
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record